# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Holman-Farrar Holdings, LLC *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00937-DAE |
| Old Republic National Title Insurance Company *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra on a motion for Summary Judgment (dkt #42).

Date: 10/11/2024

Philip J. Devlin
*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*